IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 APR 21  PM 5:01

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE DIMAS ESCOBAR,<br><br>Defendant. | 8:25CR82<br><br>INDICTMENT<br>42 U.S.C. § 408(a)(7)(B) |

The Grand Jury charges that

### COUNT I

On or about December 1, 2021, in the District of Nebraska, JOSE DIMAS ESCOBAR, defendant herein, for the purpose of obtaining something of value and for other purposes, knowingly, and with the intent to deceive, using the name of Victim 1, whose name is known to the Grand Jury, falsely represented on a Valmont Industries Employment Eligibility Verification Form (Form I-9) a Social Security account number ending in XXX-XX-1549 to be the Social Security account number assigned by the Commissioner of Social Security to him, when in fact, as defendant well knew, Social Security account number XXX-XX-1549 was not assigned to defendant.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_[signature]_
SARAH A. HINRICHS, #24335
Assistant U.S. Attorney