IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:25CR82 |
| vs. | |
| JOSE DIMAS ESCOBAR, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Jose Dimas Escobar (Filing No. 19). Chinedu Igbokwe has filed an entry of appearance as retained counsel for Jose Dimas Escobar. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 19) will be granted.

Yvonne D. Sosa shall forthwith provide Chinedu Igbokwe any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Jose Dimas Escobar's defense.

The clerk shall provide a copy of this order to Chinedu Igbokwe.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge